THE PEOPLE OF THE STATE OF NEW YORK, upon the Petition of RALPH C. DuBois, Appellant, v. MARGARET SITLER DuBois, Respondent.— Order dismissing writ of habeas corpus unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

SAMUEL SCHWARTZ, Appellant, v. ISIDOR DEITELBAUM, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See *Spelman* v. *Westinghouse, Church, Kerr & Co., Inc.*, 192 App. Div. 918.) Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

JAMES A. STILLMAN, Appellant, v. ANNE U. STILLMAN and Another, Respondents.— The findings of the court and referee that the plaintiff was guilty of adultery and not entitled to a judgment of divorce are amply supported by the evidence; in fact, it is undisputed, and hence these findings are affirmed. So far as the question of the legitimacy of the child is concerned, this court also affirms the findings of the court and referee, our conclusion being that the evidence fails to establish his illegitimacy. The judgment in this respect does not depend upon a finding that the adult defendant was innocent of wrongdoing, nor is such a finding necessary to support it. A finding to the contrary would not change the result. Under these circumstances, the findings of the court and referee as to the innocence of the adult defendant are immaterial and unnecessary, and are, therefore, stricken out. The judgment, as thus modified, and the order are unanimously affirmed, with costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCES SUTHERLAND, Respondent, v. ROBERT SUTHERLAND, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

M. INEZ WOODS, Appellant, v. MATTHEW MICOLINO, Respondent.— Order affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

GEORGE ZEVETOWSKY, Respondent, v. KOPPERS SEABOARD COKE COMPANY and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LOUIS BERNSTEIN and Another, Respondents, v. OUR TRUSTEES, INC., Appellant.— Application denied, without costs.

LEON M. BLOOM and Another, Copartners, etc., Appellants, v. DANDY SHIRT COMPANY, INC., Respondent.— Application denied, with ten dollars costs.

LUCIEN M. BARNES, as Trustee of an Express Trust, Respondent, v. ALL AMERICAN INVESTING COMPANY and Another, Appellants.— Motion to dismiss appeal dismissed, it appearing that the attorney making the motion is no longer attorney for the respondent, and was unauthorized to make the motion. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

EDWARD BECKENSTEIN, Respondent, v. JOSEPH FERLAZZO, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

GAILLARD T. BOAG, Respondent, v. JAMES N. THOMPSON and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.